THE FORTY-SECOND STREET, MANHATTANVILLE AND
ST. NICHOLAS AVENUE RAILWAY COMPANY, Respond-
ent, v. UNITED STATES WOOD PRESERVING COMPANY,
Appellant.

*Forty-second Street, M. & St. N. A. Ry. Co.* v. *U. S. Wood Pre-
serving Co.*, 177 App. Div. 885, affirmed.

(Submitted May 22, 1919; decided June 6, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 21, 1917, affirming a judgment in favor
of plaintiff entered upon a verdict directed by the court.
Defendant entered into a written contract with plaintiff
by which it agreed to pave that portion of the roadway
of One Hundred and Tenth street between Fifth avenue
and Lenox avenue in the city of New York, which is com-
monly known as the railway area, and to maintain the
said pavement in repair for five years from the comple-
tion and acceptance thereof by the plaintiff. The road-
way having become defective within the term specified,
plaintiff notified defendant to repair and it having failed
to do so made the repairs at its own expense and brought
this action to recover the amount thereof. Defendant
contended that the contract only guaranteed good
materials and workmanship, so that the pavement would
withstand in good condition and repair all the traffic
which might come upon it during the period of main-
tenance; and that the defects were not the result of any
failure in that respect, but were caused solely by a new,
unusual and defective method which the plaintiff had
required the defendant to use in laying the original
pavement.

*William W. Niles* for appellant.

*Herbert J. Bickford* and *Joseph H. Choate, Jr.*, for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.